# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KEITH COLEY, ADC #94008                                                               PLAINTIFF

v.                          NO. 5:17CV00174 JLH

WENDY KELLEY, *et al.*                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of July, 2017.

                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE